IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Zachery Wilson
Name under which you were convicted

#198832
Your prison number

vs.

R. Kelly; John Doe Parker; John Doe Hudson (In Their Individual Capacities)
Name of Defendant(s)

CIVIL ACTION NO. _____
(To be supplied by Clerk of Court)

Holman / Holman 3700 - Atmore, AL. 36503
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form.** You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. **Proper Court.** Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case.** It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. **Defendants.** The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
Yes (✓)    No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
Yes (✓)    No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: Zachery Wilson

Defendants: Roderick Gadsen; Teshaura Turnbull *

2. Court (if federal court, name the district; if state court, name the county): United States District Court / Northern District of Alabama

3. Docket Number: 02-00634-MHH-SGC

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes (✓)    No ( )

5. Name of judge to whom the case was assigned: Staci Cornelius

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

Case is within Summary Judgment decision to date.

7. Approximate date of filing lawsuit: April 21st 2017

8. Approximate date of ruling by court: N/A

3

II. <u>YOUR PRESENT COMPLAINT</u>.

A. Place or institution where action complained of occurred: <u>Holman Correctional Facility</u>

B. Date it occurred: <u>July 11TH 2019</u>

C. Is there a prisoner grievance procedure in this institution? <u>No</u>

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

E. If your answer is YES:

1. What steps did you take? <u>N/A</u>

2. What was the result? <u>N/A</u>

F. If your answer is NO, explain why not: <u>There is no grievance procedure within the (ADOC)</u>

G. Your claim (<u>briefly</u> explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On July 11TH 2019 while housed within Holman segregation annex, correctional officer John Doe Hudson accost my cell (K-43) and opened my trayslot then secured me to the rear with handcuffs to be escorted to the shower. After John Doe Hudson opened my unoperational cell door with some type of metal/iron stick, I was escorted to the shower while correctional officer R. Kelly conspicuously escorted another inmate from the shower with this particular inmate being handcuffed to the front. After espying this segregation S.O.P. violation, I immediately began questioning officer R. Kelly and officer John Doe Hudson on the segregation S.O.P. violation, thereafter officer's R. Kelly, John Doe Hudson, and John Doe Parker illicitly entered and searched my cell K-43 the while I was in the shower. After coming from the shower with my hands cuffed to the rear, all three (3) officer's Kelly, Hudson, and Parker all entered my cell K-43, took the hand-

Cont: II., G;

using (excessive force) upon plaintiff; thereby each defendant herein wantonly struck plaintiff in the head with their closed fist and nightsticks. Each defendant also struck plaintiff in his back with their nightsticks injuring the plaintiff and leaving the plaintiff inside his segregation cell K-43 to suffer from 7:40 p.m. til 4:45 a.m., neither officer cared to take the plaintiff to the infirmary to recieve exigent medical attention, knowing that the plaintiff head, left side rib cage, and right side lower back was injured. I revealed my head wounds to nurse Juan and officer Boudreaux when they came to plaintiff's cell to give plaintiff his 9:00 p.m. medication, which was to No-Avail. The plaintiff had to sustain and endure uncaused pain up until Lt. Banks of the (A-Night Shift) came around locking the trayslots after breakfast thereabout 4:40 a.m. on the morning of July 12TH 2019., only then did plaintiff get escorted to the infirmary to recieve exigent medical care for his (Serious Medical Need)...............................

Therefore, and by reason(s) thereof, the aforementioned defendants violated their own S.O.P for use of excessive force, upon an inmate; thereby pellucidly failing to do an "incident report on the incident, and take pictures of the plaintiff to have justifiable cause to clear themselves of any wrong doings. Surveillance cameras and body-charts and X-Rays can solidify and substantiate the plaintiff's claims...

## Revenue Of Venue

The Southern District is the proper venue for this action, because the events of this action took place at Holman Prison in Atmore, Alabama., and each defendant herein reside in Alabama.

## Cause Of Action

Defendant R. Kelly, violated the plaintiff Fourth (4TH) Amendment right when he

illicitly entered the plaintiff's cell without the plaintiff being present; Defendant R.) also violated the plaintiff Eighth (8TH) Amendment right when he entered the plaintiff's segregation cell K-43 and maliciously and sadistically used (excessive force) upon the plaintiff without justifiable cause to do so.

Defendant John Doe Hudson violated the plaintiff Fourth (4TH) Amendment right when he illicitly entered the plaintiff's cell K-43 searching it without the plaintiff being present; Defendant John Doe Hudson also violated the plaintiff Eighth (8TH) Amendment right when he too entered the plaintiff's segregation cell K-43 and maliciously and sadistically used (excessive force) upon the plaintiff without justifiable cause to do so.

Defendant John Doe Parker violated the plaintiff Fourth (4TH) Amendment right when he illicitly entered the plaintiff cell K-43 searching it without the plaintiff being present; Defendant John Doe Parker also violated the plaintiff Eighth (8TH) Amendment right when he too entered the plaintiff's segregation cell K-43 and maliciously and sadistically used (excessive force) upon the plaintiff without justifiable cause to do so....

cuffs off of me, then all three (3) foregoing officers began (maliciously and sadistically)

### III. PARTIES.

A. Plaintiff (Your name/AIS): Zachery Wilson #198832

  Your present address: Holman 3700/Atmore, AL. 36503

B. Defendant(s):

1. Defendant (full name) R. Kelly is employed as C.O.1 at Holman Prison.

  His/her present address is Holman 3700/Atmore, AL. 36503

  (a) Claim against this defendant: Illegal Searching/Cruel and Unusual Punishment - Excessive Force

  (b) Supporting facts (Include date/location of incident):

  On July 11th 2019 thereabout 7:40 p.m. officer R. Kelly illegally entered my segregation cell K-43 and searched it without me being present; thereafter, officer R. Kelly (maliciously and sadistically) entered my cell K-43 and used excessive force upon plaintiff without justifiable cause to do so, surveillance cameras reveal all.

2. Defendant (full name) John Doe Hudson is employed as C.O.1 at Holman Prison.

  His/her present address is Holman 3700/Atmore, AL. 36503

  (a) Claim against this defendant: Illegal Searching of Plaintiff's segregation cell/Cruel and Unusual Punishment - Excessive Force.

  (b) Supporting facts (Include date/location of incident):

  On July 11th 2019 thereabout 7:40 p.m. officer John Doe Hudson illegally entered plaintiff's segregation cell K-43 and searched the cell without plaintiff being present; thereafter officer Hudson (maliciously and sadistically) entered plaintiff cell K-43 and used excessive force upon plaintiff without justifiable cause to do so, surveillance cameras reveal all.

3. Defendant (full name) John Doe Parker is employed as C.O.1 at Holman Prison.

  His/her present address is Holman 3700/Atmore, AL. 36503

(a) Claim against this defendant: Illegal Searching of plaintiff's segregation cell K-43/ Cruel and Unusual Punishment - excessive force.

(b) Supporting facts (Include date/location of incident):

On July 11TH 2019, thereabout 7:40 p.m. officer Parker illegally entered plaintiff's segregation cell K-43 and searched it without plaintiff being present; thereafter officer Parker (maliciously and sadistically) entered plaintiff cell K-43 and used excessive force upon plaintiff without justifiable cause to do so, surveillance cameras will reveal all

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Rape 1st; Sodomy 1st; Burglary 1st; Attempted Murder; Assault 1st; Kidnapping; and Attempted Kidnapping; and Grand Theft Auto.

2. When were you convicted? June 2002

3. What is the term of your sentence? 8 Life Sentences

4. When did you start serving this sentence? August 2002

5. Do you have any other convictions which form the basis of a future sentence?
   Yes (✓)    No ( )

If so, complete the following:

(a) Date of conviction: April 2002

(b) Term of sentence: 41 Months Federal Time

6. What is your expected end of sentence (E.O.S.) date?  N/A

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction |  | Sentence |
|---|---|---|---|
| Reversed | yes( ) no( ) | N/A | yes( ) no( ) |
| Expunged | yes( ) no( ) |  | yes( ) no( ) |
| Invalidated | yes( ) no( ) |  | yes( ) no( ) |

6

Writ of habeas yes( ) no( )      yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: __N/A__

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Award Plaintiff $50,000 from each defendant in punitive damages. Award Plaintiff $50,000 from each defendant in compensatory damages. Each defendant is being sued in their individual capacities, consider that the acts and omissions of the defendants herein violate the laws of the United States Constitution.

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

7-22-19
Date

Zachery Wilson
(Signature of Plaintiff Under Penalty of Perjury)

Holman 3700/Atmore, AL. 36503
Current Mailing Address

N/A
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS. E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

Zachery Wilson #198832
Holman 3700
Atmore, Alabama. 36503



To: Clerk Of
United States District Court
Southern District Of Alabama
113 ST. JOSEPH STREET
Mobile, Alabama. 36602