IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ZACHARY WILSON., | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 19-424-KD-N |
| | : | |
| ROBERT KELLY, *et al.*, | : | |
| Defendants. | : | |
| | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that:

  1. Summary judgment is **GRANTED** in favor of Defendants as to:

      (1) the Eighth Amendment excessive force claim related to August 20, 2019, and

      (2) the Fourth Amendment illegal search claim.

  2. Summary judgment is **DENIED** as to the Eighth Amendment excessive force claim related to July 11, 2019.

  3. Trial.  As to paragraph 2, this action is set for **bench trial on March 16 and 17, 2021**, at **9:00 a.m**., before the undersigned in Courtroom 4B, United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

  4. Final pretrial conference. The **final pretrial conference** shall be held on **March 4, 2021** at **11:00 a.m**. before the undersigned in Courtroom 4B, United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

A copy of the Court's Standing Order Governing Final Pretrial Conference is attached. No additional notice regarding the final pretrial conference will be given.

5. <u>Discovery</u>.  Limited discovery shall be allowed as follows:

    a) Plaintiff Wilson may submit up to 15 written questions to each Defendant.  For proper submission, Plaintiff must also file the questions with the Court on or before **November 25, 2020**.  Responses are due within thirty days of receipt of the questions.

    b) Defendants may submit up to 15 written questions to Plaintiff.  For proper submission, Defendants must also file the questions with the Court on or before **November 25, 2020**. Responses are due within thirty days of receipt of the questions.

    c) Any requests for production of documents must be submitted to the Court for review.  For proper submission, the request must be filed with the Court on or before **November 25, 2020**.

    d) Plaintiff and Defendants shall each submit their list of witnesses for testimony at the bench trial.  For proper submission, the list of witnesses must be filed with the Court on or before **January 15, 2021.**

6. <u>Pretrial disclosures</u>. The disclosure of information regarding the evidence that each party may present at trial as required by Fed. R. Civ. P. 26(a)(3) shall be made on or before **February 11, 2021**.

Plaintiff Wilson is in the custody of the Alabama Department of Corrections. Therefore, the **Clerk of the Court is directed to issue the necessary writs** for Plaintiff to attend the final pretrial conference on March 4, 2021 and trial on March 16 and 17, 2021.

**DONE** this 19th day of October, 2020.

                                    s/ Kristi K. DuBose
                                    KRISTI K. DuBOSE
                                    CHIEF UNITED STATES DISTRICT JUDGE