IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZACHERY WILSON, | ) |
| AIS #198832, | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-00424-KD-N |
| | ) |
| R. KELLY, *et al.*, | ) |
|    Defendants. | ) |

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

This action shall come before the undersigned Magistrate Judge for a telephonic status conference on **Wednesday, March 3, 2021**, beginning at **10:30 a.m. (Central)**. To access the conference, the parties are to use the following numbers:

      **CALL IN**        888-278-0296

      **ACCESS CODE**   3668069

At least one attorney of record for each party must participate. Participants are requested to abstain from using either cell phones or the conference option on landline phones, due to their propensity to disrupt the recording system.

**DONE** and **ORDERED** this the 24th day of February 2021.

                                      */s/ Katherine P. Nelson*
                                      **KATHERINE P. NELSON**
                                      **UNITED STATES MAGISTRATE JUDGE**